[No. 30782-1-II. Division Two. April 26, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. THURMAN FINLEY SHERRILL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-04593-8, Vicki L. Hogan, J., entered August 19, 2003. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong and Hunt, JJ.

[No. 30863-1-II. Division Two. April 26, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. HARRIET T. PULSIFER, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 03-1-00122-8, Toni A. Sheldon and James B. Sawyer II, JJ., entered July 24, 2003. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, J.; Morgan, A.C.J., dissenting in part.

[No. 31017-1-II. Division Two. April 26, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS D. GIBSON, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 03-1-00630-4, Wm. Thomas McPhee, J., entered October 24, 2003. *Reversed with instructions* by unpublished opinion per Houghton, J., concurred in by Armstrong and Hunt, JJ.

[Nos. 31055-4-II; 31225-5-II. Division Two. April 26, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES B. HILL, *Appellant*.

Appeals from a judgment of the Superior Court for Cowlitz County, No. 03-1-00735-5, Stephen M. Warning and James E. Warme, JJ., entered November 6, 2003. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Houghton and Bridgewater, JJ.